Fernando R. GUTIERREZ, Plaintiff-
Appellant,

v.

EL PASO COMMUNITY ACTION PRO-
GRAM (Project Bravo, Inc.),
Defendant-Appellee.

No. 71-2269
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 10, 1972.

Rehearing Denied March 28, 1972.

Fernando Gutierrez, pro se, El Paso,
Tex.

Colbert Coldwell, Wellington Y. Chew,
El Paso, Tex., for defendant-appellee.

Before JOHN R. BROWN, Chief
Judge, INGRAHAM and RONEY, Cir-
cuit Judges.

PER CURIAM:

The District Court dismissed this case
for failure to state a claim of discrimin-
atory discharge under the Civil Rights
Act of 1964, 42 U.S.C.A. § 2000e, which
is alleged in the complaint to give the
Federal court jurisdiction.

An opportunity to amend should
have been accorded, so dismissal with
prejudice was unwarranted. Whether
plaintiff can state a claim under this
statute, we do not determine or even
faintly intimate.

The fact that the Judge consid-
ered affidavits from both sides does not
save the order of dismissal with preju-
dice. Under Rule 12(b) such affidavits
at best might bring into play Rule 56,
Federal Rules of Civil Procedure, Geor-
gia Southern & F. Ry. Co. v. Atlantic

* [1] Rule 18, 5th Cir. See Isbell Enter-
prises, Inc. v. Citizens Casualty Co. of

New York et al., 5th Cir. 1970, 431 F.2d
409, Part I.

Coast Line R. Co., 5 Cir. 1967, 373 F.2d 493, but the 10 day notice that it would be treated as a motion for summary judgment and the opportunity to furnish additional material were not given. The case could not be decided in this way at this stage.

Reversed and remanded.